IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RIGOBERTO J. SALAS**                                                          **PLAINTIFF**

v.                                                                 **No. 3:25-cv-119-MPM-JMV**

**PANOLA COUNTY BOARD OF SUPERVISORS, et al.**           **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On April 14, 2025, the court entered an order requiring the plaintiff to submit his completed PSP forms by May 15, 2025. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has long since passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 16th day of January, 2026.

                                                                                /s/Michael P. Mills
                                                                                UNITED STATES DISTRICT JUDGE
                                                                                NORTHERN DISTRICT OF MISSISSIPPI